```
            UNITED STATES BANKRUPTCY COURT
             MIDDLE DISTRICT OF FLORIDA
                 FORT MYERS DIVISION
```

IN RE:

THOMAS ERRICO                              CASE NO. 9:19-bk-06350-FMD
                                           Chapter 13
                Debtor.
_____/


**DEBTOR'S VERIFIED MOTION TO MODIFY**
**<u>PLAN TO ABATE PAYMENTS</u>**


    COMES NOW Debtors, THOMAS ERRICO, by and through their undersigned attorney, and respectfully moves for the Court to abate their Chapter 13 plan payments for a six (6) month period, thus extending the Chapter 13 plan from 60 months to 66 months, pursuant to the "Coronavirus Aid, Relief and Economic Security Act" or the "CARES Act" § 1113 (b), and as cause states as follows:

    1.  The Debtor filed for relief under Chapter 13 on July 3, 2019.

    2.  The Debtor's Plan contemplates payments of $5,158.00 per month for 1 month, $5,761.00 per month for 1 month followed by $5,643 for 58 months. The Debtor has made 8 of the 60 payments thereto with 52 months remaining of the 60 month plan.

    3.  Due to the Covid-19 Pandemic, the Debtor's sign company has no current work, nor any work orders pending.  The hair salon opening has been postponed, the remodel was unable to

be completed therefore rent is not being collected. The Debtor nor the Debtor's spouse is receiving income at this time. This has left the Debtor with an inability to maintain the monthly payments under the Chapter 13 Plan.

4. Consequently, the Debtor seeks abatement in payments, beginning with the April 2020 payment and continuing through September 2020 to allow sufficient time for the pandemic to subside and the Debtor to return to work.

WHEREFORE, Debtor, THOMAS ERRICO, requests this Court to enter an Order allowing abatement in the Chapter 13 Plan payments for the months of April 2020 through and including September 2020 with payments resuming in October 2020, extending the term of the Chapter 13 plan to 66 months, and for such and further relief that this Court deems meet and just.

I, THOMAS ERRICO, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information, and belief.


/s/THOMAS ERRICO
    THOMAS ERRICO

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, Jon M. Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206 and all creditors listed on the attached matrix, by first class U.S. Mail, postage fully prepaid, or by electronic notice, this  30th  day of  April , 2020.

                                      MILLER, HOLLANDER AND JEDA
                                      Attorneys For Debtor
                                      5278 Golden Gate Parkway, Suite 2
                                      Naples, FL 34116
                                      Telephone (239)775-2000
                                      Facsimile (239)775-7953

                                      By: /S/MELISSA H. JEDA
                                          RICHARD J. HOLLANDER
                                          Florida Bar No. 884900
                                          MELISSA H. JEDA
                                          Florida Bar No. 106407